

1  MICHAEL COSENTINO, ESQ., State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,

12                    Plaintiff,                    Case No.         2074

13              v.                                  COMPLAINT
                                                    (Student Loan\Debt Collection Case)
14  DAVID J. RYNDA aka
    DAVID JEROME RYNDA aka JAN RYNDA,
15
                      Defendant(s).
16  _____/

17        Plaintiff, through its attorney, alleges:

18        1.    Jurisdiction:  The Court has jurisdiction of this action under 28 U.S.C. Section

19  1345.

20        2.    Defendant resides in the Northern District of California.

21                    **FIRST CAUSE OF ACTION**

22        3.    Defendant owes plaintiff $2,040.95, plus additional interest and costs

23  according to the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit

24  A.

25                    **SECOND CAUSE OF ACTION**

26        4.    Defendant owes plaintiff $2,484.49, plus additional interest and costs

27  according to the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit

28  B.

                      **THIRD CAUSE OF ACTION**

          5.    Defendant owes plaintiff $985.70, plus additional interest and costs according

1 | to the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit C.

2

3 |      WHEREFORE, plaintiff demands judgment against defendant for the sum of

4 | $5,511.14, additional interest to the date of judgment, attorney's fees in the amount of  33%

5 | of the debt, and

6 | court costs.

7

8 | Date: April 18, 2008

               LAW OFFICE OF MICHAEL COSENTINO

9 |                By:  MICHAEL COSENTINO
               Attorney for the Plaintiff

10 |                United States of America

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name:    DAVID J. RYNDA
AKA:     DAVID JEROME RYNDA
Address:  1110 MISSION RD APT 2
           SOUTH SAN FRANCISCO, CA 94080-1300

SSN:         6035

Total debt due United States as of 03/06/97: $4,011.42

I certify that U.S. Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $2,040.95 from 03/06/97 at the annual rate of 9%. Interest accrues on the principal amount of this debt at the rate of $.50 per day.

The claim arose in connection with a Government insured or guaranteed loan made by a private lender and assigned to the United States.

On 10/23/81 the debtor executed promissory note(s) to secure loan(s) from MUTUAL FEDERAL SAVINGS & LOAN, OKLAHOMA CITY, OK under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et.seq (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s) and on 08/01/85 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized interest accrued to the original lender in the amount of $364.95 thereby increasing the principal balance due to $2,040.95.

After application of the last voluntary payment of $0.00 which was received on N/A the debtor now owes the following:

| | |
|---|---|
| Principal: | $2,040.95 |
| Interest: | $1,970.47 |
| Administrative/Collection Costs: | $   0.00 |
| Penalties: | $   0.00 |

CERTIFICATION: Pursuant to 28 U.S.C. S 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

_March 13, 1991_
(Date)

_Mauley Espinal_
Loan Analyst
Litigation Branch

**EXHIBIT A**

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

| | |
|---|---|
| Name: | DAVID J. RYNDA |
| AKA: | N/A |
| Address: | 1110 MISSION RD APT 2 |
| | SOUTH SAN FRANCISCO, CA 94080-1300 |

SSN:           6035

Total debt due United States as of 03/06/97:  $4,867.64

I certify that U.S. Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $2,484.49 from 03/06/97 at the annual rate of 9%. Interest accrues on the principal amount of this debt at the rate of $.61 per day.

The claim arose in connection with a Government insured or guaranteed loan made by a private lender and assigned to the United States.

On 11/07/83 the debtor executed promissory note(s) to secure loan(s) from CHASE MANHATTAN BANK, NEW HYDE PARK, NY under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et.seq (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s) and on 12/01/85 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized interest accrued to the original lender in the amount of $228.65 thereby increasing the principal balance due to $2,484.49.

After application of the last voluntary payment of $0.00 which was received on N/A the debtor now owes the following:

| | |
|---|---|
| Principal: | $2,484.49 |
| Interest: | $2,308.15 |
| Administrative/Collection Costs: | $    0.00 |
| Penalties: | $   75.00 |

CERTIFICATION: Pursuant to 28 U.S.C. S 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

_March 13 1997_
(Date)

_Maule Lafuie_
Loan Analyst
Litigation Branch

**EXHIBIT B**

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name:      DAVID J. RYNDA
AKA:       DAVID JEROME RYNDA
Address:   1110 MISSION RD APT 2
           SOUTH SAN FRANCISCO, CA 94080-1300

SSN No:               6035

Total debt due United States as of 03/06/97: $ 1,359.40

I certify that U. S. Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $ 985.70 from 03/06/97 at the annual rate of 5%. Interest accrues on the principal amount of this debt at the rate of $ .14 per day.

The claim arose in connection with a Government insured or guaranteed loan made by a private lender and assigned to the United States.

On 09/21/82 & 01/13/83 the debtor executed promissory note(s) to secure loan(s) from THE UNIVERSITY OF OKLAHOMA, NORMAN, OK under loan guaranty programs authorized under Title IV-E of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087 et.seq (34 C.F.R. Part 674). The holder demanded payment according to the terms of the note(s) and on 11/01/83 the debtor defaulted on the obligation.

After application of the last voluntary payment of $ 0.00 which was received on N/A the debtor now owes the following:

| | |
|---|---|
| Principal: | $ 985.70 |
| Interest: | $ 373.70 |
| Administrative/Collection Costs: | $   0.00 |
| Penalties: | $   0.00 |

CERTIFICATION:   Pursuant to 28 USC Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

_March 13, 1997_
(Date)

_Marilyn Espinal_
Loan Analyst
Litigation Branch

**EXHIBIT C**