MICHAEL COSENTINO, ESQ., State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702

Attorney for Plaintiff
United States of America

**FILED**
JUL 2 5 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID J. RYNDA aka DAVID JEROME RYNDA aka JAN RYNDA

Defendant(s).
_____/

NO. CV 08-2074 SLM

REQUEST TO ENTER DEFAULT

To:     Richard W. Wieking, Clerk
        United States District Court
        Northern District of California

PLEASE ENTER THE DEFAULT of the defendant for failure to plead or otherwise defend.

DATED: July 15, 2008      By: _____
                              MICHAEL COSENTINO
                              Attorney for Plaintiff