1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

5

6

**FILED**

JUL 2 5 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA              NO. CV 08-2074 SLM

11                      Plaintiff,        DECLARATION FOR
                                          JUDGMENT ON DEFAULT
12       v.

13  DAVID J. RYNDA aka DAVID JEROME RYNDA aka JAN RYNDA
                        Defendant.
14  _____/

15       I, MICHAEL COSENTINO, declare:

16       1. I am the attorney for the plaintiff in the above-entitled action.

17       2. This declaration is made on behalf of plaintiff.

18       3. From the files and records and other information in this case, declarant is informed and

19  believes that the defendant's place of residence is at 14620 E. 14th Street, San Leandro,CA 94578.

20       4. Defendant is not an infant or incompetent person and not in the military service of the

21  United States within the meaning of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended,

22  or otherwise entitled to the benefits of said Act.

23       5. Subsequent to the date of the Certificate of Indebtedness, a copy of which is attached hereto

24  and made a part hereof as Exhibit A, $0.00 in payments have been made to the account; there is now

25  due and owing to the plaintiff from the defendant the sum of $5,511.14 principal, plus $9,825.60

26  additional interest, $0.00 administrative costs, $55.00 court costs, and $1,818.68 as attorney fees.

27       WHEREFORE, declarant requests that judgment be entered on behalf of the plaintiff and

28  against the defendant in the sum of $17,210.42 plus post judgment interest at the legal rate per

1  annum, pursuant to the provisions of 28 USC Sec. 1961(a),  which will be compounded annually

2  pursuant to the provisions of 28 USC Sec. 1961(b).

3       I declare under penalty of perjury that the foregoing is true and accurate to the best of my

4  knowledge, information and belief.

5

6  Dated: July 15, 2008

                                              MICHAEL COSENTINO

7                                               Attorney for the Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  DECLARATION FOR JUDGMENT OF DEFAULT                                      2

25

26

27

28

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

| | |
|---|---|
| Name: | DAVID J. RYNDA |
| AKA: | DAVID JEROME RYNDA |
| Address: | 1110 MISSION RD APT 2 |
| | SOUTH SAN FRANCISCO, CA 94080-1300 |

SSN:            6035

Total debt due United States as of 03/06/97: $4,011.42

I certify that U.S. Department of Education records show that the debtor named above is
indebted to the United States in the amount stated above, plus additional interest on the principal
balance of $2,040.95 from 03/06/97 at the annual rate of 9%. Interest accrues on the principal
amount of this debt at the rate of $.50 per day.

The claim arose in connection with a Government insured or guaranteed loan made by a private
lender and assigned to the United States.

On 10/23/81 the debtor executed promissory note(s) to secure loan(s) from MUTUAL
FEDERAL SAVINGS & LOAN, OKLAHOMA CITY, OK under loan guaranty programs
authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071
et.seq (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s)
and on 08/01/85 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized
interest accrued to the original lender in the amount of $364.95 thereby increasing the principal
balance due to $2,040.95.

After application of the last voluntary payment of $0.00 which was received on N/A the debtor
now owes the following:

| | |
|---|---|
| Principal: | $2,040.95 |
| Interest: | $1,970.47 |
| Administrative/Collection Costs: | $    0.00 |
| Penalties: | $    0.00 |

CERTIFICATION: Pursuant to 28 U.S.C. S 1746(2), I certify under penalty of perjury that the
foregoing is true and correct.

*March 13, / 1997*
_____
(Date)

*Mauley Epinel*
_____
Loan Analyst
Litigation Branch

EXHIBIT A

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name:       DAVID J. RYNDA
AKA:        N/A
Address:    1110 MISSION RD APT 2
            SOUTH SAN FRANCISCO, CA 94080-1300

SSN:        6035

Total debt due United States as of 03/06/97: $4,867.64

I certify that U.S. Department of Education records show that the debtor named above is
indebted to the United States in the amount stated above, plus additional interest on the principal
balance of $2,484.49 from 03/06/97 at the annual rate of 9%. Interest accrues on the principal
amount of this debt at the rate of $.61 per day.

The claim arose in connection with a Government insured or guaranteed loan made by a private
lender and assigned to the United States.

On 11/07/83 the debtor executed promissory note(s) to secure loan(s) from CHASE
MANHATTAN BANK, NEW HYDE PARK, NY under loan guaranty programs authorized
under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et.seq (34
C.F.R. Part 682). The holder demanded payment according to the terms of the note(s) and on
12/01/85 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized
interest accrued to the original lender in the amount of $228.65 thereby increasing the principal
balance due to $2,484.49.

After application of the last voluntary payment of $0.00 which was received on N/A the debtor
now owes the following:

Principal:                              $2,484.49
Interest:                               $2,308.15
Administrative/Collection Costs:        $    0.00
Penalties:                              $   75.00

CERTIFICATION: Pursuant to 28 U.S.C. S 1746(2), I certify under penalty of perjury that the
foregoing is true and correct.

_____                    _____
March 13 1997                          Maulie Jefrie
(Date)                                 Loan Analyst
                                       Litigation Branch

EXHIBIT B

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name:      DAVID J. RYNDA
AKA:       DAVID JEROME RYNDA
Address:   1110 MISSION RD APT 2
           SOUTH SAN FRANCISCO, CA 94080-1300

SSN No:              6035

Total debt due United States as of 03/06/97: $ 1,359.40

I certify that U. S. Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $ 985.70 from 03/06/97 at the annual rate of 5%. Interest accrues on the principal amount of this debt at the rate of $ .14 per day.

The claim arose in connection with a Government insured or guaranteed loan made by a private lender and assigned to the United States.

On 09/21/82 & 01/13/83 the debtor executed promissory note(s) to secure loan(s) from THE UNIVERSITY OF OKLAHOMA, NORMAN, OK under loan guaranty programs authorized under Title IV-E of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087 et.seq (34 C.F.R. Part 674). The holder demanded payment according to the terms of the note(s) and on 11/01/83 the debtor defaulted on the obligation.

After application of the last voluntary payment of $ 0.00 which was received on N/A the debtor now owes the following:

| | |
|---|---|
| Principal: | $ 985.70 |
| Interest: | $ 373.70 |
| Administrative/Collection Costs: | $   0.00 |
| Penalties: | $   0.00 |

CERTIFICATION:    Pursuant to 28 USC Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

_March 13, 1997_
(Date)

_Marilyn Espinel_
Loan Analyst
Litigation Branch

**EXHIBIT C**